IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADRIAN COSS and MARIBEL OCAMPO, individually and on behalf of all other Illinois citizens similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>WALMART, INC.,<br><br>   Defendant. | Case No. 22-CV-04277<br><br>The Honorable Nancy L. Maldonado |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COME the Plaintiffs, ADRIAN COSS and MARIBEL OCAMPO ("Plaintiffs"), by their undersigned attorney, and pursuant to FRCP 41(a)(2)(A)(i), with no answer or summary judgment on file on behalf of Defendant WALMART, INC., Plaintiffs voluntarily dismiss their individual and putative class action claims against Defendant WALMART, INC.

With the consent of

*/s/ James C. Vlahakis*
SULAIMAN LAW GROUP, LTD.
2500 Highland Avenue Suite 200
Lombard, IL 60148
630-581-5456
jvlahakis@sulaimanlaw.com

*Counsel for Plaintiffs*
*ADRIAN COSS and MARIBEL OCAMPO*
*and the putative class members*